E-FILED
Monday, 27 December, 2004  10:39:27 AM
Clerk, U.S. District Court, ILCD

33, APPEAL, CLOSED

# U.S. District Court
## Central District of Illinois (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:01-cr-30030-JES-ALL
#### Internal Use Only

Case title: USA v. Wade                                              Date Filed: 02/09/2001

Assigned to: Judge Jeanne E. Scott

**Defendant**
------------------------

| | |
|---|---|
| **Levar V Wade** (1)<br>TERMINATED: 06/27/2004 | represented by **David B Mote**<br>FEDERAL PUBLIC DEFENDER<br>600 E Adams<br>2nd Floor<br>Springfield, IL 62701<br>(217) 492-5070<br>*TERMINATED: 12/04/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Jason R Craddock**<br>1808 S 5th St<br>Springfield, IL 62703<br>(217) 523-1834<br>Fax: 744-2043<br>*TERMINATED: 08/09/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Susan S Kister**<br>8015 Forsyth Boulevard<br>St Louis, MO 63105<br>314-725-3200<br>Fax: 314-725-3275<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Seventh Circuit Appointment* |

| Pending Counts | Disposition |
|---|---|
| 21:841B=NP.F NARCOTICS - POSSESSION - On or about November 30, 1999 in the Central District of Illinois defendant knowingly possessed 50 or more grams of cocaine base "crack" with intent to distribute in violation of 21:841(a)(1) and (b)(1)(A)(iii) (1) | Defendant is sentenced to 240 months imprisonment; 10 years supervised release; $100 special assessment. |

**Highest Offense Level (Opening)**
--------------------------------------

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
--------------------------------------

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

-------------------

USA            represented by    **Gregory M Gilmore**
US ATTY
318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: greg.gilmore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy A Bass**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: tim.bass@usdoj.gov
*TERMINATED: 04/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2001 | 1 | INDICTMENT by AUSA Timothy A Bass. Counts filed against Levar V Wade (1) count(s) 1. ORDERED SEALED. (MC, ilcd) (Entered: 02/11/2001) |
| 02/09/2001 | 2 | ARREST Warrant issued for Levar V Wade by Magistrate Judge Charles Evans (MC, ilcd) (Entered: 02/11/2001) |
| 02/09/2001 | | Docket Modification (Utility Event) sealing case (MC, ilcd) (Entered: 02/11/2001) |
| 07/01/2002 | | (S, ilcd) (Entered: 08/27/2002) |
| 04/18/2003 | 3 | ARREST Warrant returned executed as to Levar V Wade 4/15/03. Dft arrested in Madison, WI (S, ilcd) (Entered: 04/21/2003) |
| 04/21/2003 | 4 | RULE 40 Documents received from the Western District of Wisconsin as to Levar V Wade (S, ilcd) (Entered: 04/21/2003) |
| 04/22/2003 | | INDICTMENT UNSEALED as to Levar V Wade (S, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 04/22/2003) |
| 04/22/2003 | | MINUTES: before Mag. Judge Byron G. Cudmore. Initial appearance/Arraignment held. Oral motion by the Govt to unseal the case. Motion allowed. AUSA Patricia McInerney present on behalf of the Govt. Dft Levar Wade present in custody without counsel. Dft advised of rights, charges, and penalties. Dft sworn and examined regarding financial status. Court finds dft indigent. Deputy Chief Federal Public Defender David Mote present and accepts appointment. Court finds dft competent. Dft waives reading of the Indictment. Dft Levar V Wade arraigned; NOT GUILTY plea entered; Attorney David Mote present; Plea accepted. Final pretrial conference set 5/30/03 at 9:00 a.m.; Jury trial set 6/2/03 at 9:00 a.m. before Judge Jeanne E Scott. Discovery to commence. Govt moves for dft's detention and continuance of detention hearing. Detention hearing set 4/22/03 at 3:00 p.m. before Judge Cudmore. Dft ordered temporarily detained and remanded to the custody of the US Marshals. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 04/22/2003) |
| 04/22/2003 | | MINUTES: before Mag. Judge Byron G. Cudmore. Court reconvenes 4/22/03 at 3:00 p.m. on the issue of detention. AUSA Gregory Gilmore present on behalf of the Govt. Dft Levar Wade present in custody with Deputy Chief Federal Public Defender David Mote. Parties proffer regarding detention. Court orders dft detained. Govt ordered to file proposed Order of Detention. Dft remanded to the custody of the US Marshals. (cc: all counsel, USM, USPO) (MR, ilcd) (Entered: 04/22/2003) |
| 04/22/2003 | | Docket Modification (Utility Event) stopping XM as of 4/22/03 hearing date (MR, ilcd) (Entered: 04/22/2003) |
| 04/22/2003 | | Docket Modification (Utility Event) placing dft in location custody (MR, ilcd) (Entered: 04/22/2003) |
| 04/23/2003 | 5 | NOTICE of Filing Proposed Order of Detention by plaintiff USA (MR, ilcd) (Entered: 04/24/2003) |
| 04/29/2003 | 6 | REMARK as to Levar V Wade. Return of service by USM of the committment to another district form (MC, ilcd) (Entered: 04/30/2003) |
| 04/30/2003 | 7 | ORDER of Detention of Levar V Wade pending trial by Mag. Judge Byron G. Cudmore (cc: all counsel, USPO, USM). (MC, ilcd) (Entered: 04/30/2003) |
| 05/23/2003 | 8 | MOTION to continue final pretrial and trial by Levar V Wade (MC, ilcd) (Entered: 05/23/2003) |

| | | |
|---|---|---|
| 05/27/2003 | | MINUTES: before Judge Jeanne E. Scott: The pretrial conference scheduled for 5/30/03 is canceled and RESET TO: WEDNESDAY, JULY 2, 2003, AT 11:00 AM. The trial date of 6/2/03 is canceled and RESET TO: MONDAY, JULY 7, 2003, AT 9:00 AM. (cc: all counsel) (CT, ilcd) (Entered: 05/27/2003) |
| 05/27/2003 | 9 | ORDER by Judge Jeanne E. Scott MAKING AN INTEREST OF JUSTICE FINDING granting motion to continue final pretrial and trial [8-1]. Final pretrial continued to July 2, 2003 a 11:00 A.M. AND TRIAL SET FOR 7/7/03 at 9:00 a.m. (cc: all counsel, USPO, USM) (MC, ilcd) (Entered: 05/27/2003) |
| 06/09/2003 | 10 | MOTION to suppress by Levar V Wade (CT, ilcd) (Entered: 06/09/2003) |
| 06/10/2003 | | MINUTES: before Judge Jeanne E. Scott: The hearing on Defendant's Motion to Suppress [10-1] is hereby set for July 2, 2003, at 1:30 pm. The pre-trial conference in this matter, originally set for July 2, 2003, at 11:00 am, will instead be conducted immediately after the hearing on the Motion to Suppress. (cc: all counsel) (CT, ilcd) (Entered: 06/10/2003) |
| 06/20/2003 | 11 | RESPONSE by plaintiff USA to motion to suppress [10-1] (MR, ilcd) (Entered: 06/23/2003) |
| 07/02/2003 | 12 | PRIOR offense information by USA as to defendant Levar V Wade (CT, ilcd) (Entered: 07/02/2003) |
| 07/02/2003 | 13 | NOTICE by parties of Conditional Change of Plea (CT, ilcd) (Entered: 07/03/2003) |
| 07/02/2003 | | MINUTES: before Judge Jeanne E. Scott: MOTION/CHANGE OF PLEA HEARING. AUSA Gregory Gilmore present for government. Defendant present in person and with his attorney, David Mote. As stated of record: Defendant's Motion to Suppress Evidence [10-1] called for hearing. Government presented evidence. Arguments of counsel heard. Motion DENIED. Defendant sworn, examined by Court, advised of his rights and found competent to enter a knowing plea. Conditional open plea discussed and entered of record. Defendant entered conditional open plea of guilty to count 1 of the indictment. Defendant reserved his right to appeal the denial of his Motion to Suppress. Judgment entered on plea. PSR ordered. Trial set for 7/7/03 is canceled. Sentencing hearing scheduled for Friday, November 7, 2003, at 2:30 pm. Order on Implementation of Sentencing Guidelines entered. Defendant remanded to the custody of US Marshals. (cc: all counsel) (CT, ilcd) Modified on 07/07/2003 (Entered: 07/03/2003) |
| 07/02/2003 | 14 | ORDER on Implementation of sentencing guidelines by Judge Jeanne |

| | | |
|---|---|---|
| | | E. Scott (cc: all counsel) (CT, ilcd) (Entered: 07/03/2003) |
| 07/02/2003 | | Docket Modification (Utility Event) Levar V Wade enters guilty plea. (CT, ilcd) (Entered: 07/03/2003) |
| 10/16/2003 | | MINUTES: before Judge Jeanne E. Scott: The Probation Office has notified the Court that additional time is needed to prepare the Presentence Investigation Report in this matter. The sentencing hearing set for November 7, 2003, is therefore continued to February 6, 2004, at 1:30 pm. (cc: all counsel) (CT, ilcd) (Entered: 10/16/2003) |
| 11/17/2003 | 15 | APPEARANCE of Attorney for Levar V Wade by Jason R. Craddock (MC, ilcd) (Entered: 11/18/2003) |
| 12/04/2003 | 16 | MOTION to withdraw as attorney of record by Levar V Wade (MC, ilcd) (Entered: 12/04/2003) |
| 12/04/2003 | | ENDORSED Order granting motion to withdraw as attorney of record [16-1] by Judge Jeanne E. Scott. Federal Public Defender's office allowed to withdraw as attorney for Defendant Wade. (cc: all counsel, USPO, USM) (MC, ilcd) Modified on 12/05/2003 (Entered: 12/05/2003) |
| 12/29/2003 | 17 | MOTION for leave to withdraw guilty plea by Levar V Wade (MC, ilcd) (Entered: 12/29/2003) |
| 01/07/2004 | | MINUTES: before Judge Jeanne E. Scott. Defendant's motion for leave to withdraw guilty plea [17-1] is set for hearing at 10:00 a.m. on 1/16/04 (cc: all counsel, USM, USPO) (GU, ilcd) (Entered: 01/07/2004) |
| 01/09/2004 | 18 | TRANSCRIPT of proceedings for the following date(s): 7/2/03 (Re: Supression and Change of Plea hearing before Judge Jeanne E. Scott.) (CT, ilcd) (Entered: 01/09/2004) |
| 01/20/2004 | | MINUTES: before Judge Jeanne E. Scott: MOTION HEARING. Defendant's motion to continue hearing on Motion for Leave to Withdraw Guilty Plea [17-1] is allowed. Hearing is continued until Thursday, January 29, 2004 at 3:30. Defendant remanded to the custody of the US Marshals. (cc: all counsel) (CT, ilcd) (Entered: 01/20/2004) |
| 01/22/2004 | 19 | RESPONSE by plaintiff USA to motion for leave to withdraw guilty plea [17-1] (CT, ilcd) (Entered: 01/22/2004) |
| 01/29/2004 | | MINUTES: before Judge Jeanne E. Scott: MOTION HEARING. AUSA Gregory Gilmore present for government. Defendant present in person and with his attorney, Jason Craddock. Arguments of |

| | | |
|---|---|---|
| | | counsel heard on defendant's motion to withdraw guilty plea [17-1]. As stated of record motion DENIED. US Probation requested more time to complete PSR. Sentencing hearing of 2/6/04 is canceled and reset to: Friday, May 28, 2004, at 3:30 pm. (cc: all counsel) (CT, ilcd) (Entered: 01/30/2004) |
| 02/12/2004 | 20 | MOTION to reconsider the Court's decision denying leave to withdraw plea of guilty by Levar V Wade (MR, ilcd) (Entered: 02/13/2004) |
| 03/09/2004 | 21 | ORDER by Judge Jeanne E. Scott denying motion to reconsider the Court's decision denying leave to withdraw plea of guilty [20-1] (cc: all counsel) (MR, ilcd) (Entered: 03/09/2004) |
| 04/21/2004 | 22 | OBJECTIONS by defendant Levar V Wade to presentence report (MC, ilcd) (Entered: 04/22/2004) |
| 05/28/2004 | 23 | CJA Form 23 (Financial Affidavit) as to Levar V Wade (CT, ilcd) (Entered: 06/01/2004) |
| 05/28/2004 | | MINUTES: before Judge Jeanne E. Scott: SENTENCING HEARING. AUSA Gregory Gilmore present for government. Defendant present in person and with his attorney, Jason Craddock. Court ruled on defendant's objections and adopted the remainder of the PSR. Arguments of counsel heard regarding sentencing. Defendant exercised his right of allocution and addressed the Court. Sentencing Levar V Wade (1) count(s) 1. Defendant is sentenced to 240 months imprisonment; 10 years supervised release; $100 special assessment. Rights of appeal given. Defendant requested that the Clerk of Court file a Notice of Appeal for him. Court ordered that Notice of Appeal be filed. Defendant remanded to the custody of the US Marshals. Case terminated. (cc: all counsel) (CT, ilcd) (Entered: 06/01/2004) |
| 06/01/2004 | 24 | NOTICE of Appeal to Circuit Court by defendant Levar V Wade [0-0] (cc: all counsel) (CT, ilcd) (Entered: 06/01/2004) |
| 06/02/2004 | 25 | ORDER regarding sentencing by Judge Jeanne E. Scott (cc: all counsel) (CT, ilcd) (Entered: 06/02/2004) |
| 06/02/2004 | 26 | JUDGMENT and Commitment Order as to defendant Levar V Wade by Judge Jeanne E. Scott (CT, ilcd) (Entered: 06/02/2004) |
| 06/02/2004 | | MINUTES: before Judge Jeanne E. Scott. The Defendant Levar Wade has submitted a financial affidavit which shows that he is indigent. The Court therefore finds that Defendant Wade is indigent and is entitled to appointed counsel to represent him on appeal pursuant to the Criminal Justice Act. The Court orders that a transcript of the |

| | | |
|---|---|---|
| | | proceedings held in this Court be prepared for the Defendant's use in prosecuting his appeal, without charge to defendant. The Clerk is directed to send a copy of this minute entry to the Clerk of the Court of Appeals so that counsel may be appointed on appeal Circuit Rule 51(a) (cc: all counsel, USCA, Kathy Sullivan) (MC, ilcd) (Entered: 06/02/2004) |
| 06/02/2004 | 27 | SHORT RECORD ON APPEAL sent to USCA (MC, ilcd) (Entered: 06/02/2004) |
| 06/03/2004 | 28 | SENTENCING recommendation (original sealed) as to defendant Levar V Wade (CT, ilcd) (Entered: 06/03/2004) |
| 06/03/2004 | 29 | PRESENTENCE Report on Levar V Wade ( original sealed ) (CT, ilcd) (Entered: 06/03/2004) |
| 06/03/2004 | 30 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Levar V Wade by Judge Jeanne E. Scott (CT, ilcd) (Entered: 06/03/2004) |
| 06/14/2004 | 31 | Notification by USCA of Appellate Docket Number 04-2442 (MC, ilcd) (Entered: 06/15/2004) |
| 06/21/2004 | 32 | ORDER from USCA granting motion to proceed ifp. Briefing schedule set. (MC, ilcd) (Entered: 06/23/2004) |
| 07/02/2004 | 33 | Judgment Returned Executed as to Levar V Wade on 6/30/04. (MC, ilcd) (Entered: 07/07/2004) |
| 08/09/2004 | 34 | MOTION to withdraw record on appeal by attorney Susan S Kister for dft Levar V Wade. (MR, ilcd) (Entered: 08/10/2004) |
| 08/09/2004 | 35 | ORDER from USCA as to Levar V Wade. Attorney Jason R Craddock's motion for leave to withdraw as counsel is granted. Attorney Susan Kister appointed. Briefing schedule set. (MR, ilcd) (Entered: 08/10/2004) |
| 08/10/2004 | | TEXT ORDER by Judge Jeanne E. Scott. Defendant's Motion to withdraw the record on appeal (d/e 34) as to Levar V Wade (1) is ALLOWED. Entered by Judge Jeanne E. Scott on 8/10/04. (MR, ilcd) (Entered: 08/12/2004) |

| | | |
|---|---|---|
| 06/03/2004 | 30 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Levar V Wade by Judge Jeanne E. Scott (CT, ilcd) (Entered: 06/03/2004) |
| 06/14/2004 | 31 | Notification by USCA of Appellate Docket Number 04-2442 (MC, ilcd) (Entered: 06/15/2004) |
| 06/21/2004 | 32 | ORDER from USCA granting motion to proceed ifp. Briefing schedule set. (MC, ilcd) (Entered: 06/23/2004) |
| 07/02/2004 | 33 | Judgment Returned Executed as to Levar V Wade on 6/30/04. (MC, ilcd) (Entered: 07/07/2004) |
| 08/09/2004 | 34 | MOTION to withdraw record on appeal by attorney Susan S Kister for dft Levar V Wade. (MR, ilcd) (Entered: 08/10/2004) |
| 08/09/2004 | 35 | ORDER from USCA as to Levar V Wade. Attorney Jason R Craddock's motion for leave to withdraw as counsel is granted. Attorney Susan Kister appointed. Briefing schedule set. (MR, ilcd) (Entered: 08/10/2004) |
| 08/10/2004 |  | TEXT ORDER by Judge Jeanne E. Scott. Defendant's Motion to withdraw the record on appeal (d/e 34) as to Levar V Wade (1) is ALLOWED. Entered by Judge Jeanne E. Scott on 8/10/04. (MR, ilcd) (Entered: 08/12/2004) |
| 08/19/2004 | 36 | Letter to Attorney Susan Kister regarding the forwarding of the record on appeal consisting of 1 volume of pleadings and 1 volume of transcripts. Acknowledgment of receipt requested. (MR, ilcd) (Entered: 08/23/2004) |
| 08/26/2004 | 37 | Letter from Atty Susan Kister acknowledging receipt of appeal record consisting of 1 volume of pleadings and 1 volume of transcripts on 8/23/04 (MR, ilcd) (Entered: 08/31/2004) |
| 09/17/2004 | 38 | TRANSCRIPT of Proceedings as to Levar V Wade held on 5/28/04 before Judge Scott. Court Reporter: KS. (MC, ilcd) (Entered: 09/17/2004) |
| 09/22/2004 | 39 | Remark: Appeal record returned consisting of one volume of pleadings and one transcript. (MC, ilcd) (Entered: 09/23/2004) |
| 10/18/2004 | 40 | MOTION to Withdraw Document *Transcript* by USA as to Levar V Wade. (Gilmore, Gregory) (Entered: 10/18/2004) |
| 10/19/2004 |  | TEXT ORDER: The Government's Motion to Withdraw Document Transcript (d/e 40) is ALLOWED. Entered by Judge Jeanne E. Scott on 10/19/04. (CT, ilcd) (Entered: 10/19/2004) |
| 10/19/2004 |  | Remark: Suppression and Change of Plea hearing transcript (d/e 18) given to AUSA Gregory Gilmore per Text Order of 10/19/04. (MR, ilcd) (Entered: 10/19/2004) |